IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| HUBERT SEATON | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. 6:17cv34 |
| | § | |
| TEXAS GUARANTEED STUDENT LOANS, *et al*. | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the complaint has been presented for consideration. The Report and Recommendation (ECF 16), filed on May 18, 2017, recommends that the complaint be dismissed without prejudice for failure to prosecute. FED R. CIV. P. 41(b). The Court received an acknowledgment of receipt revealing that Plaintiff received the Report and Recommendation no later than May 24, 2017. No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. It is therefore

**ORDERED** that the complaint is **DISMISSED** without prejudice for failure to prosecute. FED R. CIV. P. 41(b). Any motion not previously ruled on is **DENIED**.

**So Ordered and Signed**
**Jun 20, 2017**

_____
Ron Clark, United States District Judge

1